AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00300 |
| William Lewis | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 11/7/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Lewis  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees);
18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1361, by willfully injuring or committing any depredation against government property;
18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(F) Willfully and knowingly engaging in an act of physical violence in the Grounds or any of the Capitol Buildings.

Date:   11/07/2023

2023.11.07 16:41:29 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/07/2023 , and the person was arrested on *(date)* 11/09/2023
at *(city and state)* Burbank, Illinois.

Date: 11/09/2023

*Arresting officer's signature*

Chris Bumgarner, Special Agent FBI
*Printed name and title*