UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-mj-00300 |
| WILLIAM LEWIS, | |
| **Defendant.** | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES Defendant, WILLIAM LEWIS, by and through his attorney, DALTON LAW, LLC, and pursuant to 18 U.S.C. § 3142, respectfully moves this Honorable Court to modify his conditions of release. In support thereof, Mr. Lewis offers the following:

1) Mr. Lewis and his counsel are currently in the process of reviewing voluminous discovery and have engaged the government in negotiations in an effort to resolve this matter short of trial.

2) Mr. Lewis was released with minimal conditions and is currently being monitored by pre-trial services in the Northern District of Illinois. He remains in compliance with his conditions, and no violation reports have been filed.

3) Mr. Lewis is now seeking to modify his conditions of release to permit him to travel to Tampa, Florida to sell his family's home. He plans to fly to Tampa from Chicago on April 15, 2024. From there he will spend the next two weeks getting the property ready to be put up for sale. Once the property has sold, he will

drive back to Chicago with the remainder of his family's belongings. Mr. Lewis is respectfully requesting permission to travel to Tampa, Florida from April 15, 2024 to at least May 3, 2024.

4) Assistant United States Attorney David Perri has indicated to the undersigned that the government has no objection to the aforementioned request.

5) Similarly, United States Pre-Trial Services Officer Katherine Chapman has indicated that she has no objection to the instant motion set forth.

WHEREFORE, defendant WILLIAM LEWIS, respectfully requests this Honorable Court grant the instant motion and modify his conditions of release to permit his travel to Tampa, Florida from April 15, 2024 through May 3, 2024.

Respectfully submitted,

/s/   Blaire C. Dalton
Attorney #6305696
DALTON LAW, LLC
53 W. Jackson Blvd., Ste. 1523
Chicago, IL 60604
P: (847) 373-4750
F: (312) 427-1788
Blairec.dalton@gmail.com


By: */s/ David J. Perri*
DAVID PERRI
WV Bar No. 9219
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (304) 234-0100
Email: David.perri@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-mj-00300 |
| WILLIAM LEWIS, | |
| Defendant. | |

ORDER

Based upon the representations in the Unopposed Motion to Modify Conditions of Release, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that Mr. Lewis' conditions of release are hereby modified to permit his travel to Tampa, Florida from April 15, 2024 through May 3, 2024, at which time he will return to the Northern District of Illinois.

_____
HONORABLE PRESIDING MAGISTRATE JUDGE